# FILED

## UNDER

# SEAL

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

FILED

2016 JUN -7 PM 5: 06

U.S. MAGISTRATE JUDGE

BY_____

UNITED STATES OF AMERICA,

     Plaintiff

vs.

ALISHA PEREZ and
ALBERT JONES,

     Defendants.

Mag. No.   2:16-mj-00416-NJK

(UNDER SEAL)

## ORDER TO SEAL

     Based on Government's Motion to Seal the Complaint and Arrest Warrants in the above-caption matter and good cause appearing, therefore;

     IT IS SO ORDERED that the Complaint and Arrest Warrants be sealed.

     DATED this ____7th____ day of June, 2016.

_____
United States Magistrate Judge

3