DANIEL G. BOGDEN
United States Attorney
District of Nevada
CRISTINA D. SILVA
Assistant United States Attorney
Nevada State Bar No. 13760
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-mj-416-NJK |
| Plaintiff, | |
| vs. | ORDER UNSEALING CASE |
| Alisha Perez, et al. | |
| Defendants. | |

COMES NOW, the United States of America by and through DANIEL G. BOGDEN, United States Attorney, and CRISTINA D. SILVA, Assistant United States Attorney, and respectfully moves this Court to unseal the criminal case complaint in the above-captioned matter.

...

...

...

The defendants made their initial appearances on June 8, 2016, and were indicted on June 22, 2016 (2:16-cr-0062). Therefore the need to keep the complaint sealed has expired.

Dated this 24th day of June, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

CRISTINA D. SILVA
Assistant United States Attorney

The Government's motion is hereby GRANTED.

SO ORDERED:

_____
NANCY J. KOPPE
United States Magistrate Judge

Dated: June 27, 2016